UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-61394 |
| David Caldwell | |
| Tabatha Caldwell | |
|   PO Box 671 | |
|   Tyner, KY 40486 | |
| DEBTORS | CHAPTER 13 |
| TABATHA (FINLEY) CALDWELL,  PLAINTIFF, | |
| V. | Adv. Proc. No. 10-6____ |
| AMERICAN GENERAL,  DEFENDANT. | |

COMPLAINT TO RECOVER PREFERENTIAL TRANSFER OF PROPERTY

    NOW COMES Plaintiff Tabitha Finley Caldwell, by and through counsel, and, for her cause of action herein, states as follows:

    1.  This adversary proceeding is brought pursuant to the provisions of 11 U.S.C. §§ 522, 547, and 550 and Fed. R. Bankr. P. 7001.

    2.  This Court has jurisdiction over this adversary proceeding, pursuant to the provisions of 28 U.S.C. § 1334; this matter being a core proceeding under 11 U.S.C. § 157(b)(2)(F) and venue being proper under 28 U.S.C. § 1409(a).

    3.  Plaintiff is one of the Debtors in the above-entitled bankruptcy case, having filed her petition for relief under Chapter 13 of the United States Bankruptcy Code on September 08, 2009.

    4.  The Defendant, American General Financial Services, Inc., is an Indiana Corporation registered in Kentucky with an address of 601 N.W. Second Street, Evansville, IN 47708. According to the Kentucky

Secretary of State Website, the President of American General is Michael L. McClellan.  See Exhibit A, and incorporated by reference as if full set forth.  Service should be upon:

American General Financial Services, Inc..
Attn:  Michael L. McCllelan
601 N.W. Second Street
Evansville, IN  47708

American General Financial Services, Inc..
Attn:  Any Officer
601 N.W. Second Street
Evansville, IN  47708

Registered Agent:

American General Financial Services, Inc.
c/o CSC Lawyers Incorporating Service
421 West Main Street
Frankfort, KY  40601

5.   The attorney for American General Financial Services, Inc. is M. Scott Mattmiller, Esq. 234 North Limestone, Lexington, Kentucky  40507.  Service should be upon:

   M. Scott Mattmiller, Esq.
   Bullock & Coffman
   234 North Limestone
   Lexington, KY  40507

6.   Defendant is a pre-petition creditor in the aforesaid bankruptcy case, pursuant to a state court judgment entered against Plaintiff.

7.   Defendant served a garnishment order on Plaintiff's employer, Jackson Manor, on or about October 30, 2008, prior to the filing of her bankruptcy petition.

8.   As a result of said garnishment order, Plaintiff's employer subsequently withheld and involuntarily paid to Defendant the sum of $1,148.68 from Debtor's paychecks within the 90 days prior to the filing of her petition.

9.   This preferential transfer of property was made for the benefit of Defendant, a creditor of Debtor, while she was insolvent, on account of an antecedent debt, and within 90 days of the filing of her petition, enabling said creditor to receive more than the creditor would have received under the distribution provided to creditors in this case in violation of 11 U.S.C. §547.

10.  Pursuant to the provisions of 11 U.S.C. §522(h), a Debtor may recover a preferential transfer in

excess of $600 if the trustee does not attempt, as in the present case, to avoid the transfer.

11. Plaintiff has claimed the property, which was subject to the involuntary transfer, as exempt in her bankruptcy petition, pursuant to the provisions of 11 U.S.C. §522(b) and §522(g), without timely objection thereto.

WHEREFORE, Plaintiff Tabitha (Finley) Spurlock prays that this Court:

1. Avoid the involuntary transfers of property made to Defendant American General Financial Services, Inc.;

2. Award her judgment against Defendant in the amount of $1,148.68 for the pre-petition preferential transfer and the post-petition transfer,

3. Award her all other relief, both legal and equitable, to which she may be entitled.

s/Ross E. Murray, Esq.
ROSS E. MURRAY, ESQ.
PO Box 5151
London, KY  40745
(606) 877-5100
ATTORNEY FOR PLAINTIFF

complaint preference

==EXHIBIT A==

| | |
|---|---|
| **Organization Number** | 0218920 |
| **Name** | AMERICAN GENERAL FINANCIAL SERVICES, INC. |
| **Profit or Non-Profit** | P - Profit |
| **Company Type** | FCO - Foreign Corporation |
| **Status** | A - Active |
| **Standing** | G - Good |
| **State** | DE |
| **File Date** | 8/29/1986 |
| **Authority Date** | 8/29/1986 |
| **Last Annual Report** | 6/23/2009 |
| **Principal Office** | 601 N.W. SECOND ST. EVANSVILLE, IN 47708 |
| **Registered Agent** | CSC-LAWYERS INCORPORATING SERVICE 421 WEST MAIN STREET FRANKFORT, KY 40601 |

**Current Officers**

| | |
|---|---|
| **President** | Michael L McClellan |
| **Vice President** | Donald R Breivogel Jr |
| **Secretary** | FREDERICK J. SUJAT |
| **Treasurer** | Bryan A. Binyon |
| **Director** | Michael L McClellan |
| **Director** | GARY L TAYLOR |
| **Director** | DONALD R. BREIVOGEL, JR. |

**Initial Officers at Time of Formation**

| | |
|---|---|
| **Director** | WILLIAM T. MCGOWAN |
| **Director** | EDWARD W. MAY |
| **Director** | THOMAS J. FITZPATRICK |
| **Director** | STEPHEN P. KILLOUGH |
| **Director** | WILLIAM T. MCGOWAN |
| **Director** | EDWARD W. MAY |

| | |
|---|---|
| **Director** | THOMAS J. FITZPATRICK |
| **Director** | STEPHEN P. KILLOUGH |
| **Incorporator** | D. A. HAMPTON |
| **Incorporator** | K. BOWMAN |
| **Incorporator** | S. J. QUEPPET |
| **Incorporator** | D. A. HAMPTON |
| **Incorporator** | K. BOWMAN |
| **Incorporator** | S. J. QUEPPET |

## Images Available Online

Documents filed with the Office of the Secretary of State on September 15, 2004 or thereafter are available as scanned images or PDF documents. Documents filed prior to September 15, 2004 will become available as the images are created.

| | | | | |
|---|---|---|---|---|
| 6/23/2009 | 7 pages | tiff | PDF | Annual Report |
| 6/11/2008 | 1 page | tiff | PDF | Annual Report |
| 6/20/2007 | 1 page | tiff | PDF | Annual Report |
| 6/19/2006 | 1 page | tiff | PDF | Annual Report |
| 9/12/2005 | 2 pages | tiff | PDF | Agent Resignation Return |
| 8/29/2005 | 1 page | tiff | PDF | Agent Resignation |
| 6/25/2005 | 1 page | tiff | PDF | Annual Report |
| 9/16/2003 | 1 page | tiff | PDF | Annual Report |
| 10/16/2002 | 2 pages | tiff | PDF | Amendment |
| 10/16/2002 | 2 pages | tiff | PDF | Amendment |
| 7/19/2002 | 1 page | tiff | PDF | Annual Report |
| 6/4/2002 | 1 page | tiff | PDF | Statement of Change |
| 7/25/2001 | 1 page | tiff | PDF | Annual Report |
| 8/2/2000 | 1 page | tiff | PDF | Annual Report |

## Activity History

| File Date | Effective Date | Filing | Org. Referenced |
|---|---|---|---|
| 6/23/2009 3:57:08 PM | 6/23/2009 | Annual Report | |
| 6/11/2008 10:15:58 AM | 6/11/2008 | Annual Report | |
| 6/20/2007 3:26:58 PM | 6/20/2007 | Annual Report | |
| 6/19/2006 3:34:15 PM | 6/19/2006 | Annual Report | |

| | | | |
|---|---|---|---|
| 10/16/2002 12:36:48 PM | 10/16/2002 | Amendment - Change name | AMERICAN GENERAL FINANCE, INC. |

**Certificates Available**

Certificate of Existence / Authorization

Click on a certificate title to purchase it. Certificates are $10.00, payable by credit card or prepaid account. They are stored and returned as PDF documents. You must have Adobe PDF Reader to print the document.