UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE: CASE NO. 09-61394

David Caldwell
Tabatha Caldwell

   PO Box 671
   Tyner, KY 40486

DEBTORS CHAPTER 13

_____
)
TABATHA (FINLEY) CALDWELL,    PLAINTIFF,  )
)
)
V.  )  Adv. Proc. No. 10-6026
)
)
AMERICAN GENERAL,    DEFENDANT.  )

## ORDER DISMISSING ADVERSARY

     The Court having been notified that Defendant has refunded to Debtor the sum garnishing during the preference period and that Plaintiff now wishes this matter to be dismissed; the Court after reviewing the record, hereby ORDERS AND ADJUDGES that this adversary shall be and hereby is dismissed.

Pursuant to Local Rule 9022-1(c) Ross E. Murray, Esq.
shall cause a copy of this order to be served on each
of the parties designated to receive this order pursuant
to Local Rule 9022-1(a) and shall file with the court a
certificate of service of the order upon such parties
 within fourteen (14) days hereof.

American General Financial Services, Inc.    Hon. Beverly Burden
601 N.W. Second Street    PO Box 2204
Evansville, IN 47708    Lexington, Kentucky 40595

M. Scott Mattmiller, Esq.
Bullock & Coffman
234 North Limestone
Lexington, KY  40507

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Wednesday, August 18, 2010**
**(jms)**